IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SHERLY PAUL, on her own
behalf and others similarly situated

       Plaintiff,

v.                                                                  Case No. 4:08-cv-034-SPM/WCS

BARKLEY SECURITY
AGENCY, INC.,
a Florida Corporation,

       Defendant.
_____/

## ORDER GRANTING EXTENSION OF TIME TO RESPOND

**THIS CAUSE** comes before the Court upon the "Unopposed Motion for Extension of Time to Respond to the Complaint" (doc. 5). Upon consideration, the Defendant's motion is hereby *granted*. Defendant's response to the Complaint shall be filed on or before **Monday, March 10, 2008**.

**DONE AND ORDERED** this twenty-fifth day of February, 2008.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             United States District Judge