**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

SHERLY PAUL,
on her own behalf and
others similarly situated,

       Plaintiff,

vs.                                    Case No.  4:08-CV-34-SPM/WCS

BARKLEY SECURITY
AGENCY, INC.,

       Defendant.

_____/

**ORDER OF DISMISSAL**

       Pursuant to the parties' "Notice of Settlement and Joint Stipulation of Dismissal with Prejudice. . . " (doc. 9) and Federal Rule of Civil Procedure 41(a)(1), this matter is **dismissed with prejudice**.  However, pursuant to Northern District of Florida Local Rule 16.2, this Court shall retain jurisdiction for a period of sixty (60) days, during which time either party may move to reopen this matter for good cause shown.

       DONE and ORDERED this twenty-seventh day of June, 2008.

                                      *s/ Stephan P. Mickle*
                                      Stephan P. Mickle
                                      United States District Judge